NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
HERSH & HERSH, A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTURO VAZQUEZ, GIOVANE JESUS SANCHEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P.; and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 09-cv-05148-SI<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(a)(ii) of the Federal Rules of Civil Procedure, the parties, through their counsel, hereby agree and stipulate to the voluntary dismissal with prejudice of the individual action of ARTURO VAZQUEZ.

- 1 -
STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

```
Dated: February 29, 2012          HERSH & HERSH
                                  A Professional Corporation

                                  By: /s/ Mark E. Burton
                                  MARK E. BURTON, JR., ESQ.
                                  Attorneys for Plaintiffs


                                  WINSTON & STRAWN LLP

Dated:  4/12/12                   By: /s/ Joan B. Tucker Fife
                                  JOAN B. TUCKER FIFE
                                  Attorneys for Defendants
```

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 4/17/12                    By: /s/ Susan Illston
                                  HONORABLE SUSAN ILLSTON
                                  United States District Court Judge