NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
MATTHEW D. CARLSON, ESQ., State Bar No. 273242
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
Telephone: (415) 441-5544
Facsimile: (415) 441-7586

LAUREN HALLINAN, ESQ., State Bar No. 60646
Of Counsel
HALLINAN & WINE
Law Chambers Building
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTURO VAZQUEZ, GIOVANE JESUS SANCHEZ, | Case No. 09-cv-05148-SI |
| Plaintiffs, | The Honorable Susan Illston |
| vs. | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF, GIOVANE JESUS SANCHEZ [PROPOSED] ORDER |
| SERVICEMASTER GLOBAL HOLDINGS, INC.; THE SERVICEMASTER COMPANY, INC.; THE TERMINIX INTERNATIONAL COMPANY, L.P.; and TERMINIX INTERNATIONAL, INC., and DOES 1-20, inclusive, | |
| Defendants. | |

- 1 -
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF
GIOVANE JESUS SANCHEZ AND [PROPOSED] ORDER Case No. 09-cv-05148-SI

PLEASE TAKE NOTICE that all signatories to this notice, including Plaintiff, GIOVANE JESUS SANCHEZ, have consented to Hersh & Hersh's withdrawal from representation of Plaintiff GIOVANE JESUS SANCHEZ. Michael Ng of Kerr & Wagstaffe will substitute as Plaintiff's representative in this matter. Counsel for Defendants have been notified of this withdrawal and substitution and do not object. The parties and all signatories to this notice agree that this withdrawal and substitution will not result in any delay of this action.

Withdrawing counsel for Plaintiff are:

>Nancy Hersh, State Bar No. 49091
>Mark Burton, State Bar No. 178400
>Matthew D. Carlson, State Bar No. 273242
>Hersh & Hersh
>A Professional Corporation
>601 Van Ness Avenue, Suite 2080
>San Francisco, CA 94102-6396
>Telephone: (415) 441-5544
>Facsimile: (415) 441-7586

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff:

>MICHAEL NG, ESQ., State Bar No. 237915
>MARIA RADWICK, ESQ., State Bar No. 253780
>KERR & WAGSTAFFE
>Law Chambers Building
>100 Spear Street, 18th Floor
>San Francisco, CA 94105
>Telephone: (415) 371-8500
>Facsimile: (415) 371-0500

Withdrawing counsel will discontinue ECF notification service for this matter after the attached Proposed Order is signed.

The undersigned parties consent to the above withdrawal and substitution of counsel.

- 2 -

Date: 5/23/12

By: _____
GIOVANE JESUS SANCHEZ, Plaintiff

Date: 5/15/12

HERSH & HERSH

By: _____
Nancy Hersh

Date: 5/18/12

HALLINAN & WINE

By: _____
Lauren Hallinan

## [PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: 5/31/12

_____
The Hon. Susan Illston
U.S. District Court Judge