Michael Von Loewenfeldt (SBN 178665)
Michael Ng (SBN 237915)
Pilar Stillwater (SBN 260247)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, California  94105
Telephone:  415-371-8500
Fax:  415-371-0500
mvl@kerrwagstaffe.com
mng@kerrwagstaffe.com
stillwater@kerrwagstaffe.com

Lauren Hallinan (SBN 60646)
HALLINAN & WINE
Law Chambers Building, 345 Franklin Street
San Francisco, California  64102
Telephone:  415-621-2400
Fax:  415-575-9930
Lauren@hallinanwine.com

*Attorneys for Plaintiffs*

Dan L. Boho (Pro Hac Vice)
dboho@hinshawlaw.com
HINSHAW & CULBERTSON LLP
222 N. LaSalle St., Suite 300
Chicago, Illinois  60601
Telephone:  312-704-3000
Facsimile:   312-704-3001

Amy K. Jensen (SBN 226589)
ajensen@hinshawlaw.com
Angeli C. Aragon (SBN 176142)
aaragon@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, California  94111
Telephone:  415-362-6000; 310-909-8000
Facsimile:  415-834-9070

*Attorneys for Defendants*
SERVICEMASTER GLOBAL HOLDINGS, INC.,
THE SERVICEMASTER COMPANY, INC.,
THE TERMINIX INTERNATIONAL COMPANY, L.P., and
TERMINIX INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

1

| | |
|---|---|
| DANIEL BANCROFT MORSE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SERVICEMASTER GLOBAL HOLDINGS, INC., *et al.*, <br><br> Defendants. | CASE NO.: 3:10-CV-00628-SI <br> and All Related Cases <br><br> **JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER** |

Plaintiffs and Defendants, through their respective attorneys of record, hereby stipulate (1) to continue the Case Management Conference for three weeks, from July 13 to August 3, 2012 at 3:00 p.m. in Courtroom 10, and (2) to extend the time to file a Joint Case Management Statement, from July 6 to July 27, 2012. The parties intend to gather and confirm information regarding the status of this case and the status of the settlement as to any remaining parties.

| | |
|---|---|
| Dated: July 6, 2012 | KERR & WAGSTAFFE LLP <br><br> By: /s/ <br> Michael Von Loewenfeldt <br> Michael Ng <br> Pilar Stillwater <br> Attorneys for Plaintiffs |
| Dated: July 6, 2012 | HALLINAN & WINE <br><br> By: /s/ <br> Lauren Hallinan <br> Attorneys for Plaintiffs |
| Dated: July 6, 2012 | HINSHAW & CULBERTSON LLP <br><br> By: /s/ <br> Dan L. Boho <br> Attorneys for Defendants |

**GENERAL ORDER 45 ATTESTATION**

I, Michael Ng, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with General Order 45, X.B., I hereby attest that Lauren Hallinan, Co-Counsel for Plaintiff, and Dan Boho, Counsel for Defendants, have concurred in this filing.

D<small>ATED</small>: July 6, 2012                                **KERR & WAGSTAFFE LLP**

By _____/s/_____
　　M<small>ICHAEL</small> N<small>G</small>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL BANCROFT MORSE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SERVICEMASTER GLOBAL HOLDINGS, INC., *et al.*, <br><br> Defendants. | CASE NO.: 3:10-CV-00628-SI and All Related Cases <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT |

The Court, having considered the papers on file herein and GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the parties' Joint Stipulation (1) to continue the Case Management Conference for three weeks, from July 13 to August 3, 2012 at 3:00 p.m. in Courtroom 10, and (2) to extend the time to file a Joint Case Management Statement, from July 6 to July 27, 2012, is hereby GRANTED.

**The Case Management Conference is set for August 3, 2012 at 3:00 p.m. in Courtroom 10 of the above-referenced Court. The parties' Joint Case Management Statement must be filed by July 27, 2012.**

**IT IS SO ORDERED.**

DATED: 7/10/12

_____
THE HONORABLE SUSAN ILLSTON

---

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT

31369411v1 0927620