
1  Michael Von Loewenfeldt (SBN 178665)
   Michael Ng (SBN 237915)
2  Pilar Stillwater (SBN 260247)
   KERR & WAGSTAFFE LLP
3  100 Spear Street, 18th Floor
   San Francisco, California  94105
4  Telephone:  415-371-8500
   Fax:  415-371-0500
5  mvl@kerrwagstaffe.com
   mng@kerrwagstaffe.com
6  stillwater@kerrwagstaffe.com

7  Lauren Hallinan (SBN 60646)
   HALLINAN & WINE
8  Law Chambers Building, 345 Franklin Street
   San Francisco, California  64102
9  Telephone:  415-621-2400
   Fax:  415-575-9930
10 Lauren@hallinanwine.com

11 *Attorneys for Plaintiffs*

12 Dan L. Boho (Pro Hac Vice)
   dboho@hinshawlaw.com
13 HINSHAW & CULBERTSON LLP
   222 N. LaSalle St., Suite 300
14 Chicago, Illinois  60601
   Telephone:  312-704-3000
15 Facsimile:   312-704-3001

16 Amy K. Jensen (SBN 226589)
   ajensen@hinshawlaw.com
17 Angeli C. Aragon (SBN 176142)
   aaragon@hinshawlaw.com
18 HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
19 San Francisco, California  94111
   Telephone:  415-362-6000; 310-909-8000
20 Facsimile:  415-834-9070

21 *Attorneys for Defendants*
   SERVICEMASTER GLOBAL HOLDINGS, INC.,
22 THE SERVICEMASTER COMPANY, INC.,
   THE TERMINIX INTERNATIONAL COMPANY, L.P., and
23 TERMINIX INTERNATIONAL, INC.

24                    **UNITED STATES DISTRICT COURT**

25                    **NORTHERN DISTRICT OF CALIFORNIA**

26                          **SAN FRANCISCO DIVISION**

27
                                           1
28 ────────────────────────────────────────────────
   [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
          AND TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT
                                                              31369411v1 0927620

| | |
|---|---|
| DANIEL BANCROFT MORSE, *et al.*, | ) CASE NO.: 3:10-CV-00628-SI |
| | ) and All Related Cases |
| Plaintiffs, | ) |
| | ) |
| vs. | ) **JOINT STIPULATION TO CONTINUE** |
| | ) **CASE MANAGEMENT CONFERENCE** |
| SERVICEMASTER GLOBAL | ) **AND TO EXTEND TIME TO FILE** |
| HOLDINGS, INC., *et al.*, | ) **JOINT CASE MANAGEMENT** |
| | ) **STATEMENT; [**P̶R̶O̶P̶O̶S̶E̶D̶**] ORDER** |
| Defendants. | ) |
| | ) |

Plaintiffs and Defendants, through their respective attorneys of record, hereby stipulate (1) to continue the Case Management Conference for three weeks, from July 13 to August 3, 2012 at 3:00 p.m. in Courtroom 10, and (2) to extend the time to file a Joint Case Management Statement, from July 6 to July 27, 2012. The parties intend to gather and confirm information regarding the status of this case and the status of the settlement as to any remaining parties.

| | |
|---|---|
| Dated: _____July 6, 2012_____ | KERR & WAGSTAFFE LLP<br><br>By:_____/s/_____<br>Michael Von Loewenfeldt<br>Michael Ng<br>Pilar Stillwater<br>Attorneys for Plaintiffs |
| Dated: _____July 6, 2012_____ | HALLINAN & WINE<br><br>By:_____/s/_____<br>Lauren Hallinan<br>Attorneys for Plaintiffs |
| Dated: _____July 6, 2012_____ | HINSHAW & CULBERTSON LLP<br><br>By:_____/s/_____<br>Dan L. Boho<br>Attorneys for Defendants |

2

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND
TIME TO FILE JOINT CASE MANAGEMENT STATEMENT**

31369411v1 0927620

**GENERAL ORDER 45 ATTESTATION**

I, Michael Ng, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Lauren Hallinan, Co-Counsel for Plaintiff, and Dan Boho, Counsel for Defendants, have concurred in this filing.

DATED: July 6, 2012      **KERR & WAGSTAFFE LLP**

By _____/s/_____
   MICHAEL NG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL BANCROFT MORSE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>SERVICEMASTER GLOBAL HOLDINGS, INC., *et al.*,<br><br>　　　　　Defendants. | CASE NO.: 3:10-CV-00628-SI<br>and All Related Cases<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT |

The Court, having considered the papers on file herein and GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that the parties' Joint Stipulation (1) to continue the Case Management Conference for three weeks, from July 13 to August 3, 2012 at 3:00 p.m. in Courtroom 10, and (2) to extend the time to file a Joint Case Management Statement, from July 6 to July 27, 2012, is hereby GRANTED.

**The Case Management Conference is set for August 3, 2012 at 3:00 p.m. in Courtroom 10 of the above-referenced Court. The parties' Joint Case Management Statement must be filed by July 27, 2012**.

**IT IS SO ORDERED.**

DATED: __7/10/12_____　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　THE HONORABLE SUSAN ILLSTON